Gordon & Rees LLP
633 West Fifth Street, Suite 4900
Los Angeles, CA  90071

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SONA GULESSERIAN<br><br>                Plaintiff,<br><br>    vs.<br><br>AETNA LIFE INSURANCE COMPANY; and DOES 1 through 10, inclusive<br><br>                Defendant. | CASE NO.  CV10-6412 GHK (CWx)<br><br>**ORDER RE: JOINT STIPULATION RE: PROTECTIVE ORDER RE: CONFIDENTIALITY OF, INFORMATION, DOCUMENTS AND OTHER MATERIALS AND THINGS PRODUCED BY DEFENDANT AETNA LIFE INSURANCE COMPANY** |

NOTE CHANGES MADE BY COURT

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

-1-
[PROPOSED] ORDER

1  Good cause appearing, the Joint Stipulation Re: Protective Order Re:
2  Confidentiality Of, Information, Documents And Other Materials And Things
3  Produced By Defendant Aetna Life Insurance Company, is GRANTED, subject to
4  the following modification: ¶ 11, at p. 7 ll. 20-25 of the Stipulation is ordered
5  deleted.

7  Dated: March 2, 2011                          _____/S/_____
                                                  Carla M. Woehrle
8                                                 United States Magistrate Judge

**Gordon & Rees LLP**
**633 West Fifth Street, Suite 4900**
**Los Angeles, CA 90071**